**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

TIMOTHY JOHNSON                                  *
9801 Bale Court
Owings Mills, Maryland 21117                     *

        Plaintiff,                       *

v.                                               *

UNITED STATES POSTAL SERVICE         *          Civil Action No.:

Serve On:                                        *
U.S. Attorney's Office, District of Maryland
Attn: Civil Process Clerk                        *
36 S. Charles Street, 4th Floor
Baltimore, MD 21201                              *

and                                              *

Serve On:                                        *
Attorney General of the United States
U.S. Department of Justice                       *
950 Pennsylvania Avenue, NW
Washington, DC  20530                            *

and                                              *

Serve On:                                        *
Office of the General Counsel
475 L'Enfant Plaza, SW                           *
Washington, DC 20260
                                                 *
        Defendant.
                                                 *
  *    *    *    *    *    *    *    *    *    *    *

**COMPLAINT**

    COMES NOW Timothy Johnson, Plaintiff, by counsel, Steven H. Heisler, Esquire,

Joshua M. Wolberg, Esquire and the Law Offices of Steven H. Heisler, and sues United States

Postal Service, the Defendant, and states as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over the subject matter and parties pursuant to 28 U.S.C. § 1332; as this case involves diversity of citizenship and the amount in controversy exceeds $75,000.

2.      Venue is proper in, and Defendants are subject to the personal jurisdiction of, this Court because Defendant(s) are citizens of different States. 28 U.S.C. § 1332(a)(1).

3.      Pursuant 28 U.S.C.A. § 2675(a), Plaintiff provided proper notice to the Defendant, and Defendant mailed a letter of acknowledgement to Plaintiff dated April 9, 2025.

4.      The Defendant gained possession of all required documents on or about November 20, 2025.

5.      As of the date of this pleading, the Defendant has not executed a denial letter, but has exceeded the six month timeframe provided under 28 U.S.C.A. § 2675(a).

## PARTIES AND VENUE

6.      Plaintiff, Timothy Johnson (hereinafter "Johnson"), is an individual who resides in Baltimore County in the State of Maryland.

7.      Defendant, United States Postal Service, is an independent agency of the executive branch of the United States federal government..

8.      This action arises from an automobile accident that occurred on July 17, 2024, on Fayette Street at or near its intersection with Colvin Street in Baltimore City, Maryland.

9.      Venue is proper in the Unted States District Court for the District of Maryland due to diversity jurisdiction.

## FACTUAL BACKGROUND

10. On July 17, 2024, at approximately 12:35 a.m., the Plaintiff, Timothy Johnson, was

carefully and prudently operating his motor vehicle on Fayette Street at or near its intersection with Colvin Street.

11. At the same time, a motor vehicle operated by an unknown driver and owned by the United States Postal Service, was traveling on the same road, in the same direction, when suddenly the Defendant attempted to turn right and encroached in the lane in which Plaintiff was already established, without first checking to see if it was safe to do so and side swiped the passenger's side of Plaintiff's vehicle.   The unknown driver of the vehicle owned by the United States Postal Service then fled the scene.

12. Plaintiff, Timothy Johnson, sustained serious personal injuries.

### COUNT I – Negligence

13. Plaintiff hereby incorporates by reference and realleges all paragraphs within this Complaint as if fully set forth herein.

14. Defendant United States Postal Service, through its agents, servants and employees, owed a duty to Plaintiff Johnson to act reasonably and use due care while driving.  Defendant United States Postal Service, through its agents, servants and employees, owed a duty to Plaintiff Johnson to pay attention to traffic, maintain a proper lookout, to obey the laws and rules of the State of Maryland, to maintain proper speed for the conditions, to reduce the speed of the vehicle to avoid an accident, to maintain the vehicle within its lane and to pay full time and attention in the operation of the vehicle and to avoid a collision.

15. Defendant United States Postal Service, through its agents, servants and employees, breached said duty of care by failing to pay proper attention to the roadway and the traffic, failing to maintain a proper lookout, failing to obey the laws and rules of the State of Maryland, failing to maintain proper speed for the conditions, failing to reduce the speed of his vehicle to avoid an accident, failing to maintain the vehicle within his lane and failing to pay full time and attention to

the operation of the vehicle and failing to avoid a collision.

16.    As a direct and proximate result of Defendant's breach of duty, through its agents, servants and/or employees, Plaintiff Johnson was caused to suffer serious, painful, disabling, and permanent bodily injuries in and about the head, body and limbs; has been caused, and will be caused in the future, to suffer great physical pain, mental anguish and injuries to his nerves and nervous system; has been caused, and will continue to be caused in the future, to incur great medical expenses for the care and treatment of his injuries and wounds; has been caused, and will continue to be caused in the future, to be precluded from engaging in and attending to his normal employment, activities, duties and pursuits; has been caused, and will continue to be caused in the future, to expend great sums of money for other expenses incidental to the damages arising out of the occurrence; and Plaintiff was otherwise hurt, injured, and damaged, now and in the future indeterminately.

16.    Plaintiff Johnson further avers that none of his losses, damages or injuries is due to any contributory negligence on his part.

WHEREFORE, Plaintiff Timothy Johnson, demands judgment against Defendant United States Postal Service, in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) in compensatory damages.

## REQUEST FOR JURY TRIAL

The Plaintiff hereby requests that all issues in this matter be tried before a jury of his peers.

Respectfully submitted,

*/s/ Joshua M. Wolberg*
Steven H. Heisler, Esquire (08698)
Joshua M. Wolberg, Esquire (31283)
Law Office of Steven H. Heisler

1011 N. Calvert Street
Baltimore, MD 21202
410-625-4878 (Phone)
410-659-7111 (Fax)
sheisler@injurylawyermd.com
jwolberg@injurylawyermd.com
*Counsel for Plaintiff*